THE STATE, CENTRAL RAILROAD COMPANY OF NEW JERSEY, PROSECUTORS, v. THE CITY OF BAYONNE.

The writ in this case brings up assessments against prosecutors and failure to award damages to them in the foregoing proceedings.

The cases were heard together, a single return having been made to both writs. For the reasons already stated, the assessments in this case are vacated.